Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; TRANSUNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No.: 3:22-cv-00502-DMS-MSB<br><br>**ORDER DISMISSING PORTFOLIO RECOVERY ASSOCIATES, LLC** |

Having considered the parties' Stipulation of Dismissal as to Defendant Portfolio Recovery Associates, LLC and good cause appearing:

**IT IS ORDERED** that the Stipulation is granted. This Matter is hereby dismissed with prejudice as to Defendant Portfolio Recovery Associates, LLC with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 29th day of November, 2022

_____
United States District Judge